UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
JUL X 1 2008

**MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case

USA v Buford Peteet                          08CR 0453-17

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Buford Peteet

| | |
|---|---|
| SIGNATURE  s/ | /s/ J. M. Bull |
| FIRM | |
| STREET ADDRESS | 790 Green Bay Road |
| CITY/STATE/ZIP | Winnetka, IL  60093 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  2770172 | TELEPHONE NUMBER  312·406·5566 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ✓ | |