# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: USA vs. Bobbie Brown, Jr.
FOR: Northern District of IL
AT: Eastern Division - Chicago

**FILED**
JUL X 1 2008
7-1-08
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

LOCATION NUMBER

District Court: 08CR 453-17

PERSON REPRESENTED (Show your full name): **Buford Peteet**

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor
**wire fraud 18 USC 1343 and 2**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed — **on disability**
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment **Oct 1986**
How much did you earn per month? $ **16.50 an hour**
If married is your Spouse employed? ☒ Yes ☐ No — **Chicago Public Schools**
IF YES, how much does your Spouse earn per month? $ **3877.00**
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES:
Received: $1020.00 month — Sources: Disability / Retirement
$2360.00 — 3 rental properties in Sauk Village

**CASH**
Have you any cash on hand or money in savings or checking account? ☐ Yes ☐ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No — equity 0, 2008 Toyota Highlander — loan — 4 months ago
IF YES, GIVE THE VALUE AND DESCRIBE IT:
$250,000 Residence
$245,000 3 rental pro
$1000 '98 GMC Pickup > 200,000 miles
equity = 0 '2007 Chrysler 300C — loan —

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Residence | $224,592.20 | $2140.88 |
| 3 rental properties | $232,155.64 | $2498.10 |
| 2007 Chrysler 300C | $33,422.05 | $726.20 |
| See attached list for extra debts | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ **Buford Peteet**

Attachment to Financial Affidavit        USA v. Buford Peteet        08 CR 453

## Judgments

    DLJ Mortgage Corp
        Cir. Court Cook County 07 CH 16701
        Deficiency Judgment                                         $ 275,922.06


## Other pending mortgage foreclosures, expected to result in deficiency judgments

    Citi Mortgage
        Cir Court Cook County  07 CH 021954
        Mortgage Judgment        $135,434.44
        Judicial Sale set for March 26, 2008
        Deficiency Judgment dependent upon results of judicial sale

    Bayrock Mortgage
        Cir Court Cook County  07 CH 26967
        Mortgage Judgment        $ 823,748.54
        Judicial Sale set for May 1, 2008
        Deficiency Judgment dependent upon results of judicial sale

    Aurora Loan Services
        Cir Court Cook County  07 CH 016897
        Mortgage Judgment        $535,218.42
          Judicial Sale set for arch 19, 2008
        Deficiency Judgment dependent upon results of judicial sale


## Other Debts / Monthly payments

| | | |
|---|---|---|
| Toyota Highlander | Debt  $ 36, 671.66 | $ 661.85 monthly |
| Credit cards | Debt  $ 30,600 | 1500.00 monthly |


## Monthly Bills

| | | |
|---|---|---|
| Utilities - Gas, Electric, Water | approx. | $350.00 monthly |
| Telephone – DSL, Cable | approx. | 256.00 monthly |
| Food – Household items | approx. | 400.00 monthly |

*Buford Peteet* (signature)